**James Lewis SANFORD,**
**Plaintiff–Appellant,**

v.

**Warden Kenneth LASSITER; Manager Marshall Pike; Lt. Lawrance; Lt. Shelton; Lt. Blanks; Officer Slabach, Defendants–Appellees.**

**No. 15–6177.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 23, 2015.

James Lewis Sanford, Appellant Pro Se. Jodi Harrison, North Carolina Department of Public Safety, Raleigh, North Carolina, for Appellee.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lewis Sanford appeals the district court's order granting summary judgment to the defendants in his 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sanford v. Lassiter,* No. 5:13–ct–03138–BO (E.D.N.C. Jan. 8, 2015). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*